

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JEANMARIE BOOKER** | **CIVIL ACTION** |
| **VERSUS** | **NO. 05-2488** |
| **JOHNNIE JONES, WARDEN** | **SECTION "N" (6)** |

## ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation filed by the plaintiff on April 13, 2007, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the petition of Jeanmarie Booker for issuance of a writ of habeas corpus under 28 U.S.C. § 2254, is hereby **DENIED WITH PREJUDICE.**

New Orleans, Louisiana, this 23rd day of April, 2007.

_____
UNITED STATES DISTRICT JUDGE

```
___ Fee_____
___ Process_____
 X  Dktd_____
___ CtRmDep____
___ Doc. No.___
```